O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR14-541-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| JOSE ABADIN, ) | JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On January 12, 2018 and January 19, 2018, this matter came before the Court on Petition on Probation and Supervised Release originally filed on May 6, 2016. Government counsel, Brittany Harris, the defendant and his appointed Deputy Federal Public Defender attorney, Charles Brown, were present. The U.S. Probation Officer, Eduardo Meza, was also present on January 12, 2018, but excused by the Court from appearing on January 19, 2018.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petition filed on May 6, 2016. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on March 10, 2005.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months, with no supervision to follow.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:     January 19, 2018

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
    Catherine M. Jeang,  Deputy Clerk